07CV6273
JUDGE ANDERSEN
MAG. JUDGE BROWN

AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

J:N NOV X 6 2007
NOV 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

SUSQUEHANNA COMMERCIAL FINANCE, INC.

v.

Case Number: 07-2042

KORLE BU MEDICAL GROUP, LTD

I, Michael E. Kunz, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __August 30, 2007__, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

October 5, 2007
Date

Mark Ciamaichelo, Deputy Clerk

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSQUEHANNA COMMERCIAL FINANCE, INC.

v.

KORLE BU MEDICAL GROUP, LTD
f/k/a Korle Bu Medical Group, SC
and JOHN ACQUAYE-AWAH a/k/a John A. Awah

07CV6273
JUDGE ANDERSEN
MAG. JUDGE BROWN

NO. 07CV2042

**FILED**

AUG 3 0 2007

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE RUFE, J.

AND NOW, to wit, this 30th day of August, 2007, an Averment of Default and the amount due having been filed and the defendants having defaulted by failing to appear, filing an Answer of otherwise plead to the Complaint, it is hereby ORDERED that judgment is entered for the plaintiff against the defendants in the sum of $142,129.68 together with costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: OCT 0 5 2007