## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANC~ ~ ~ ~

NOTE: In order to appear before this Court an attorney r
standing of this Court's general bar or be granted leave to
by Local Rules 83.12 through 83.14.

07CV6273
JUDGE ANDERSEN
MAG. JUDGE BROWN

In the Matter of

Susquehanna Commercial Finance, Inc. v. Korle Bu Medical
Group, Ltd. & John Acquaye-Awah a/k/a John A. Awah

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Susquehanna Commercial Finance, Inc.

**FILED**

J :N

NOV X 6 2007
nov 6 200
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Vincent T. Borst | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Askounis & Borst, P.C. | |
| STREET ADDRESS 180 N. Stetson Ave., Ste. 3400 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312/861-7100 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐